JAMES ZACHARAKIS, Doing Business under the Name of WHITE MOUNTAIN HOTEL, Respondent, *v.* VALLEY FORGE MUTUAL FIRE INSURANCE COMPANY, Appellant.

BERGAN, J. For the reasons expressed in *Zacharakis* v. *Bunker Hill Mut. Ins. Co.* (*ante,* p. 487), decided herewith, the order should be affirmed, with $20 costs and disbursements.

DORE, J. P. (dissenting). The state of facts disclosed in this record is identical with the state of facts disclosed in the companion appeal *Zacharakis* v. *Bunker Hill Mut. Ins. Co.* (*ante,* p. 487) except that in this case defendant insurer did not deposit the check received for the single premium transmitted by plaintiff's agent from New York, for the reason that the fire had already occurred.

For the reasons stated in the companion appeal, we dissent and vote to reverse the order appealed from, grant defendant's motion to vacate the service of process and dismiss the complaint.

Van Voorhis and Breitel, JJ., concur with Bergan, J.; Dore, J. P., dissents and votes to reverse in opinion, in which Cohn, J., concurs.

Order affirmed, with $20 costs and disbursements to the respondent. [See *post,* p. 1019.]

In the Matter of CHARLES WIRZBERGER et al., Respondents, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants. In the Matter of CHARLES W. FIE et al., Respondents, against JAMES S. WATSON et al., Constituting the Municipal Civil Service Commission of the City of New York, Appellants.— Order affirmed on the facts and on the law and in the discretion of this court, with one bill of $20 costs and disbursements to the petitioners-respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.; Callahan and Breitel, JJ., dissent and vote to reverse.